UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HARRY BLISSETT | CIVIL ACTION |
| VERSUS | NO. 15-448 |
| STATE LAW REPRESENTATIVES | SECTION "F"(2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that the claims of Harry Blissett are DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this <u>17th</u> day of <u>September</u>, 2015.

_____
UNITED STATES DISTRICT JUDGE